IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-00278 |
| | ) | |
| DAVID A. MARTIN | ) | JUDGE TRAUGER |

**Motion GRANTED. Hearing set for 5/7/13 at 2:30 p.m.**

## DEFENDANT'S MOTION FOR A CHANGE OF PLEA HEARING

Defendant David A. Martin, by and through undersigned counsel, does hereby move the Court to schedule a change of plea hearing in this action. Undersigned counsel met with Defendant Martin on April 18, 2013 at which time he signed a plea agreement to present to the Court, along with a plea petition as to count one of the indictment. Because the nature of the plea agreement under Rule 11(c)(1)C contemplates a sentence of time served, Defendant Martin further moves for permission to conduct the sentencing hearing at the time of the plea hearing. To assist the Court, undersigned counsel will file separately (under seal) a copy of a Presentence Investigation Report prepared by the United States Probation Department in New Mexico for a previous case involving Defendant Martin, Case No. 03CR00231.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
**DAVID L. COOPER, BPR# 11445**

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*

1